FILED

04/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0257



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0257

RACHELL RENE FLORES,

        Petitioner,

v.

CAPT. BRADLY BRAGG,
Lewis & Clark Detention Center,

        Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED April 25, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court